DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BALTAZAR GABRIEL DELGADO-ROS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1837

[September 9, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 50-2011-CF-012236-AXXX-MB.

Baltazar Gabriel Delgado-Ros, Bowling Green, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***